Gayle E. Mills
Chapter 7 Trustee
P.O. Box 36317
Tucson, AZ 85740
(520) 628-7777

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CORIA, ALEJANDRO HUMBERTO | Case No. 08-16075TUC JMM |
| CORIA, ROSA E. | |
| aka, CORIA-SOLORIO, ALEJANDRO H. | PETITION TO PAY |
| aka, CORIA, ROSA DE | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | $5.00 TO THE CLERK OF THE |
| | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 11 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | $ 4.84 |

March 25, 2010                     /s/ Gayle E. Mills
Date                               Gayle E. Mills, Trustee